UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHFIELDS CAPITAL MANAGEMENT L.P.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Civil Action No. 04-11684 GAO |

## NOTICE OF WITHDRAWAL OF ATTORNEY SCOTT A. KATZ

Pursuant to Local Rule 83.5.2(c), Scott A. Katz hereby withdraws his appearance as one of the counsel of record for plaintiff Highfields Capital Management L.P. ("Highfields Capital") in the above-captioned matter. Gus P. Coldebella will continue his representation of Highfields Capital in this matter.

Respectfully submitted,

HIGHFIELDS CAPITAL MANAGEMENT L.P.

By its attorneys,

/s/ Scott A. Katz
Gus P. Coldebella (BBO No. 566918)
Scott A. Katz (BBO No. 655681)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: July 13, 2005

LIBA/1565521.1