UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHFIELDS CAPITAL MANAGEMENT L.P.,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHN DOE,<br><br>           Defendant. | Civil Action No. 04-cv-11684-GAO |

## NOTICE OF APPEARANCE OF R. TODD CRONAN

Please enter pursuant to Local Rule 83.5.2 (a) the appearance of R. Todd Cronan of Goodwin Procter LLP as counsel for Plaintiff Highfields Capital Management L.P. in the above-captioned matter.

Dated: September 26, 2005

Respectfully submitted,

HIGHFIELDS CAPITAL MANAGEMENT L.P.

By its attorneys,

/s/ R. Todd Cronan
R. Todd Cronan (BBO# 542466)
Gus P. Coldebella (BBO# 566918)
Sheryl A. Koval (BBO# 657735)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1587044.1