UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHFIELDS CAPITAL MANAGEMENT L.P., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Civil Action No. 04-cv-11684-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF GUS P. COLDEBELLA

Please withdraw pursuant to Local Rule 83.5.2 (c) the appearance of Gus P. Coldebella as one of the counsel for Plaintiff Highfields Capital Management L.P. in the above-captioned matter.

R. Todd Cronan and Sheryl A. Koval of Goodwin Procter LLP shall continue their appearance as counsel of record for Plaintiff Highfields Capital Management L.P.

Dated: September 26, 2005

Respectfully submitted,

HIGHFIELDS CAPITAL MANAGEMENT L.P.

By its attorneys,

/s/ Gus P. Coldebella
R. Todd Cronan (BBO #542466)
Gus P. Coldebella (BBO #566918)
Sheryl A. Koval (BBO #657735)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1584862.1