UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHFIELDS CAPITAL MANAGEMENT L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | Civil Action No. 04-cv-11684-GAO |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Highfields Capital Management L.P. hereby dismisses the above-captioned action without prejudice, the Complaint having never been served.

Dated: January 26, 2006

Respectfully submitted,

HIGHFIELDS CAPITAL MANAGEMENT L.P.

By its attorneys,

/s/ Sheryl A. Koval
R. Todd Cronan (BBO# 542466)
Sheryl A. Koval (BBO# 657735)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1643180.1